IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| GEORGE PASS, aka "Tennessee" (1) | NO. 3:14-CR-367-B |
| RHONDA LONG, aka "Queen Saltine" (2) | |
| BRANDON CROW (3) | |
| NIA REED (4) | |
| JOHN CARL HALL, aka "Scooter" (5) | |
| CESAR ZARATE (6) | |
| AARON REYES, aka "Mike" (7) | |
| SARAH WEST (8) | |
| BRADLEY WILTCHER (9) | |
| MICHAEL BASS, aka "Sleepy" (10) | |
| PATRICK PENNEY, aka "Pacman" (11) | |
| CLIFTON CLOWERS (12) | |
| MICHAEL MCCOY, aka "Bam Bam" (13) | |
| CHRISTOPHER JACOBO, aka "Taco Chris" (14) | |

JASON EASTHAM (15)

CHEYENNE MILLER,
aka "CJ" (16)

CHRISTOPHER ARNOLD,
aka "Phreek" (17)

SEAN SHARER,
aka "Cowboy Sean" (18)

ALYSHA HAYES (19)

JACLYN HOOKER,
aka "Queen Bee" (20)

FRANCISCO CORONADO,
aka "Frank" (21)

KENNETH ETTER (22)

JOSEPH TENPENNY (23)

DUSTY BRYANT (24)

GREGORY OLDFIELD,
aka "Casper" (25)

CASEY ROSE (26)

MATTHEW HAYS,
aka "Cody" (27)

PATRICIA TUCKER,
aka "Peppermint Patty" (28)

JEFFREAY HEATHINGTON (29)

RICHARD GARCIA,
aka "Charlie Brown" (30)

MICHAEL ATKINS,
aka "Duke" (31)

WILLIAM MCDOWELL (32)
aka "Scout"

CHRISTY MCCELLON (33)
aka "90"

## ORDER DECLARING CASE COMPLEX AND GRANTING CONTINUANCE

Before the Court is Defendant West's Unopposed Motion for Extension of Time to File Pre-Trial Motions, filed on November 07, 2014, and Defendant West's Unopposed Motion for Continuance, filed on November 18, 2014; George Pass' Unopposed Motion for Continuance, filed on November 17, 2014; and the Government's Motion to Designate Case as Complex and to Continue Trial Date, filed on November 19, 2014.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice. Specifically, the Court finds that the provisions of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) are satisfied and accordingly, the motions are **GRANTED**. Further, the Court agrees with the Government and designates this case as complex pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii). Further, this case will be tried as to all co-defendants. *See* 18 U.S.C. § 3161(h)(6).

This case is reset for jury trial on **November 2 2015 @ 9:00 a.m.** Defendants' pretrial motions, if any, must be filed by **September 2, 2015**, and the

Government's responses thereto, by **September 16, 2015**. Pretrial Conference is hereby set for **October 30, 2015 at 9:00 a.m.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **October 16, 2015.**

**SO ORDERED.**

Signed January 8th, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE