UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 3:14-CR-0367-B-20 |
| | § | |
| JACLYN HOOKER (20). | § | |

## ORDER

Before the Court is Defendant Jaclyn Hooker's Motion to Reduce Sentence under the First Step Act (Doc. 3426). To expedite the Court's resolution of Hooker's motion, the Court **ORDERS** counsel for the Government to respond to Hooker's motion on or before **November 2, 2020.**

The Clerk of Court is directed to mail a copy of this Order to Hooker.

SO ORDERED.

SIGNED: October 19, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE